UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ELLIOTT,
        Plaintiff,

                                 Case No. 2:17-cv-13381- SFC-DRG

v.                              Hon. Sean F. Cox

I.C. SYSTEM, INC.,           Mag. J.: David R. Grand
        Defendant.
_____

## NOTICE OF SETTLEMENT WITH DEFENDANT
## I.C. SYSTEM, INC.

Plaintiff and Defendant, I.C. System, Inc.  have agreed to settle this lawsuit

and intend to file a Stipulation of Dismissal as to I.C.  System, Inc., with prejudice,

no later than December 8, 2018.


Respectfully submitted,

/s/ Gary Nitzkin
GARY D. NITZKIN (P41155)
Credit Repair Lawyers of America
Attorney for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@crlam.com

October 8, 2018.


## PROOF OF SERVICE

I, Gary Nitzkin, hereby state that on October 8, 2018, I served a copy of the
within pleading upon all counsel of record via the ECF System.