UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RONALD ELLIOTT,

    Plaintiff,                                    Case No. 2:17-cv-13381-SFC-DRG
                                                                  Hon. Sean F. Cox
v.                                                                  Mag. Judge David R. Grand

I.C. SYSTEM, INC.,

    Defendant.
_____

## STIPULATION AND ORDER FOR DISMISSAL
## OF DEFENDANT I.C. SYSTEM, INC., WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Ronald Elliott ("Plaintiff") and Defendant I.C. System, Inc., hereby jointly stipulate and agree that Plaintiff dismisses, with prejudice, his claims asserted against I.C. System, Inc. in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/ Gary Nitzkin* | */s/ Xerxes Martin* |
| Gary D. Nitzkin (P41155) | Xerxes Martin |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 22142 West Nine Mile Road | 8750 N. Central Expressway Ste. 1850 |
| Southfield, MI 48033 | Dallas, TX 75231 |
| 248.353.2882 | 214.346.2628 |
| gary@crlam.com | xmartin@mamlaw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RONALD ELLIOTT,

    Plaintiff,                                                            Case No. 2:17-cv-13381-SFC-DRG
                                                                   Hon. Sean F. Cox
v.                                                                       Mag. Judge David R. Grand

I.C. SYSTEM, INC.,

    Defendant.

## **ORDER FOR DISMISSAL OF I.C. SYSTEM, INC. WITH PREJUDICE**

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant I.C. System, Inc., shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

Dated: November 14, 2018                     s/Sean F. Cox
                                                   Sean F. Cox
                                                   U. S. District Judge